**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-8149**

_____

BOBBY R. KNOX,

                    Plaintiff - Appellant,

          v.

ARTHUR DAVIS, Doctor; MS. COLDSMITH, Supervisor of Nurses;
MS. SIMMONS, Head Nurse; SUSAN COLLIER, Administrative
Programs; KEITH A. KUHNE, Doctor; MS. L. GALLAWAY, Nurse

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (5:11-ct-03266-F)

_____

Submitted:  March 28, 2013          Decided:  April 2, 2013

_____

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bobby R. Knox, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby R. Knox appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Knox v. Davis, No. 5:11-ct-03266-F (E.D.N.C. Dec. 13, 2012). We deny Knox's motions for a protective order/injunctive relief and his motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED